UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 1:18-cv-24214-KMW

CARMEN LOPEZ and all others similarly
situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

F. & M. CAFETERIA, INC. and
MARIA FEBRE,

      Defendants.
_____/

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

COMES NOW the Defendants, F. & M. CAFETERIA, INC. and MARIA FEBRE ("Defendants"), by and through the undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure and this Court's Local Rules, and hereby file this Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and in support thereof state as follows:

1. The Defendants were served with the instant Complaint on or about October 19, 2018; as such, a response to the Complaint is due on or before November 8, 2018.

2. The undersigned counsel was just retained by the Defendants to represent them in this matter on October 24, 2018.

3. The undersigned has not had the opportunity to review the matter in order to properly prepare a response and has engaged in settlement discussions with the Plaintiff.

4. As good cause, and in light of the recent retention and settlement discussions, Defendants require an extension of time of an additional twenty (20) days to file a response to Plaintiff's Complaint.

5. This enlargement of time will not prejudice the Plaintiff and is not filed for the purpose of delay or any other improper purpose.

6. This is the first request for an extension of time.

7. Pursuant to the local rules, the undersigned has conferred with Plaintiff's counsel prior to the filing of this motion and Plaintiff's counsel has not agreed to the relief sought herein. A proposed Order is attached hereto as Exhibit **A**.

WHEREFORE, Defendants, F. & M. CAFETERIA, INC. and MARIA FEBRE, respectfully request that this Court enter an Order enlarging the time within which they have to respond to the Complaint and for any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

> EDUARDO GOMEZ, P.A.
> Co-Counsel for Defendants
> 145 Almeria Avenue
> Coral Gables, Florida 33134
> Telephone No. (305) 456-1784
> Facsimile No. (305) 446-2070
>
> By:_____/s/ *Eduardo Gomez*_____
> Eduardo Gomez, Esq.
> Florida Bar No. 658421
> service@egomezpa.com
> egomez@egomezpa.com